# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

XIAOYAN JING

V.

WISDOM GATHER TRADING
COMPANY LIMITED

CASE NUMBER: 1:24-cv-12846

ASSIGNED JUDGE: Judge Franklin U. Valderrama

DESIGNATED MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

WISDOM GATHER TRADING COMPANY LIMITED
2178458975@qq.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Dewitty, Esq
Dewitty and Associates, 1500 K Street, 2nd Floor, Rm 249B
Washington, DC 2005

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

March 21, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 25, 2025 |
| NAME OF SERVER *(PRINT)* Robert M. DeWitty | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I emailed notification of this case, including a copy of this summons, to defendant at 2178458975@qq.com. A link to the documents was further to defendant https://app.box.com/s/8cqxjvbkqbmk97aqsemrvj2gbixddylw

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2025            *[signature]*
             Date                      Signature of Server

1500 K Street, 2nd Floor, RM 249B, Washington, D.C. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.